THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL A. HAYCOX, | Case No. C10-0029-JCC-JPD |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 19), to which Defendant has not timely filed an objection, and the remainder of the record, orders the following:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Court REVERSES and REMANDS this action to the Commissioner for further proceedings.

(3) The Court DIRECTS the Clerk to send copies of this order to Plaintiff and Magistrate Judge Donohue.

DATED this 22nd day of October, 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL, C10-0029
PAGE - 1